MICHAEL STEIN, ESQ.
Nevada Bar No. 4760
CATHERINE O'MARA, ESQ.
Nevada Bar No. 12462
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: mstein@swlaw.com
comara@swlaw.com

*Attorneys for Defendant/Counterclaimant
Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY A. RIBEIRO, JR., TRUSTEE OF THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, DATED FEBRUARY 11, 1994, AS AMENDED; DONALD GLARDON DAVIS AND ANN HUNTINGTON DAVIS, TRUSTEES OF THE DAVIS 1989 TRUST DATED DECEMBER 18, 1989; THE JOHNNY RIBEIRO BUILDER, INC. EMPLOYEES' LIMITED PARTNERSHIP, a Nevada Limited partnership; JOHNNY A. RIBEIRO, JR., an individual; and LORA LEE RIBEIRO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., a national banking association; DOES I-X; and ROE COMPANIES XI-XX, inclusive, <br><br> Defendants. | Case No.: 2:12-CV-00337 <br><br> **STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| BANK OF AMERICA, N.A., a national banking association, <br><br> Counterclaimant, <br><br> vs. <br><br> JOHNNY A. RIBEIRO, JR., TRUSTEE OF | |

14783489.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1  THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, DATED FEBRUARY 11, 1994,
2  AS AMENDED; DONALD GLARDON DAVIS AND ANN HUNTINGTON
3  DAVIS, TRUSTEES OF THE DAVIS 1989 TRUST DATED DECEMBER 18,
4  1989; THE JOHNNY RIBEIRO BUILDER, INC. EMPLOYEES' LIMITED
5  PARTNERSHIP, a Nevada Limited partnership; JOHNNY A. RIBEIRO, JR.,
6  an individual; LORA LEE RIBEIRO, an individual; RIBEIRO DAVIS LLC, a
7  Nevada limited liability company; and JRBELP II, LLC, a Nevada limited liability
8  company,

9       Counter-Defendants.

## STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterdefendants, THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, DATED FEBRUARY 11, 1994, AS AMENDED; DONALD GLARDON DAVIS AND ANN HUNTINGTON DAVIS, TRUSTEES OF THE DAVIS 1989 TRUST DATED DECEMBER 18, 1989; THE JOHNNY RIBEIRO BUILDER, INC. EMPLOYEES' LIMITED PARTNERSHIP, a Nevada Limited partnership; JOHNNY A. RIBEIRO, JR., an individual; LORA LEE RIBEIRO, an individual; RIBEIRO DAVIS LLC, a Nevada limited liability company; and JRBELP II, LLC, a Nevada limited liability company, by and through their undersigned counsel of record, and Defendant/Counterclaimant BANK OF

///
///
///
///
///
///
///

14783489.1

AMERICA, N. A., by and through its undersigned counsel, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

DATED this 17 day of April, 2012

SNELL & WILMER LLP

/s/ Catherine O'Mara

Michael Stein, Esq.
Catherine O'Mara, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant/Counterclaimant Bank of America, N. A.*

DATED this 11 day of April, 2012

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Roger Croteau

Roger Croteau, Esq.
Roger P. Croteau & Associates, Ltd.
720 South Fourth Street, Suite 202
Las Vegas, Nevada 89101

*Attorney for Plaintiffs/Counterdefendants Johnny A. Ribeiro, Jr. Trustee of the Johnny A. Ribeiro, Jr. Family Trust, dated February 11, 1994, as amended, Donald Glardon Davis and Ann Huntington Davis, Trustees of the Davis 1989 Trust dated December 18, 1989; the Johnny Ribeiro Builder Inc. Employees' Limited Partnership, Johnny A. Ribeiro, Jr. Lora Lee Ribeiro, Ribeiro Davis LLC and JRBELP II.*

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of April, 2011.

/s/ James C. Mahan
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Catherine O'Mara

Michael Stein, Esq.
Catherine O'Mara, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant/Counterclaimant Bank of America, N. A.*

14783489.1